IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )        8:05CR454
                              )
         v.                   )
                              )
MARIO MANDOLFO,               )           ORDER
                              )
              Defendant.      )
_____)
```

The Court has been advised that defendant wishes to
enter a plea in this matter.  Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Friday, January 13, 2006, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111
South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may
be called by the Court.

DATED this 6th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court