IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR454 |
| v. | ) | |
| MARIO MANDOLFO, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 13). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that sentencing is rescheduled for:

**Monday, July 17, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 24th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court