IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )       8:05CR454
                              )
         v.                   )
                              )
MARIO MANDOLFO,               )       ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 17). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; sentencing is rescheduled to:

**Thursday, November 9, 2006, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 25th day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court