IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR454 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIO MANDOLFO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

At the request of counsel for plaintiff,

IT IS ORDERED that sentencing is rescheduled for:

**Monday, December 4, 2006, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 14th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court