IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR454 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIO MANDOLFO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

At the request of defendant,

IT IS ORDERED that defendant shall commence service of his sentence on:

**Monday, December 18, 2006, on or before 2 p.m.**

by surrendering to the Office of the United States Marshal, Omaha, Nebraska.

DATED this 18th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court